ND/GA PROB 12C
(Rev. 1/21)

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 29 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

ATTEST : A TRUE COPY
CERTIFIED THIS

NOV 29 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### Violation Report and Petition for Summons
### for Offender Under Supervision

Name of Offender: Madison Renee Kelleher

Docket No: 1:18-CR-260-8-LMM-CMS
**UNDER SEAL**

Name of Sentencing Judicial Officer: Honorable Leigh Martin May
U.S. District Court Judge

Date of Original Sentence: 06/28/2023

Original Offense: Money Laundering
18 U.S.C. § 1956h

Original Sentence: 3 years probation with the following special conditions: search, permit confiscation of contraband, mental health treatment, and pay $100 Special Assessment

Type of Supervision: Probation

Date Supervision Commenced: 06/28/2023

Assistant U.S. Attorney: Calvin Leipold

Defense Attorney: Jay Strongwater

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The offender has violated the conditions of supervision as follows:

**1. Violation of Mandatory Condition -Unlawful Use of a Controlled Substance:**
The defendant submitted a urine sample that tested positive for marijuana on July 14, 2023. The defendant admitted to using marijuana.

**2. Violation of Standard Condition # 2– Failure to Report to the Probation Officer as Instructed:**
The defendant is currently being supervised by the District of Massachusetts and it has been reported that she has failed to report to her probation officer as instructed. The probation officer attempted to call and text the defendant with instructions to report on September 7, 2023, October 6, 2023, October 16, 2023, October 31, 2023, November 1, 2023, November 13, 2023, and November 15, 2023. The probation officer has received no response as of this report.

The probation officer additionally sent emails with reporting instructions for the defendant on October 23, 2023, and November 13, 2023, and received no response from the defendant.

Additionally, on October 23, October 30, November 10, November 11, and November 14, 2023, the probation officer spoke with the defendant's sister, Day Kelleher, and left reporting instructions for the defendant to contact the probation officer. The defendant failed to report to her probation officer as instructed.

On November 7, 2023, a letter was mailed to the defendant's last known address instructing the defendant to contact her probation officer. On November 10, 2023, the defendant sent a text to the probation officer stating she was depressed and acknowledged she had been avoiding her probation officer. Attempts made by the probation officer to contact the defendant after receiving the text message were unsuccessful via phone calls, texts, and email.

The last face-to-face contact the defendant had with her probation officer was in July 2023. The defendant's whereabouts are currently unknown.

### 3. Violation of Standard Condition #5 -Failure to Notify the Probation Officer of Changes to Your Living Arrangements within 72 Hours of Becoming Aware of the Change:

The defendant moved from her residence in Fall River, Massachusetts, and failed to notify the probation officer within 72 hours of the change. According to the defendant's sister, Day Kelleher, the defendant last stayed at her approved residence on October 21, 2023. It is believed that the defendant has moved somewhere in Rhode Island, but her actual whereabouts are currently unknown.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

NONE.

Kelleher, Madison
Page 3 of 3

**PETITIONING THE COURT TO:**

Issue a Warrant for Madison Renee Kelleher and she be brought back before the Court at Atlanta, Georgia, to show cause why probation heretofore entered should not be revoked. IT IS FURTHER ORDERED that his petition and warrant be sealed and the same shall remain until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that
the foregoing is true and correct.

_[signature]_ 11/29/2023   _Shannon Brewer_ 11/29/23
Franklin, Derek A                          Date          Shannon Brewer                              Date
Senior United States Probation Officer     Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☑ The issuance of a Warrant

☐ The issuance of a Summons

☐ No Action

☐ Other

_[signature]_
Honorable Leigh Martin May
U.S. District Court Judge

November 29, 2023
Date

cc: United States Attorney's Office - Calvin Leipold